

# United States District Court
# Eastern District of California

| Charlene Tobin et al |
|---|
Plaintiff(s)

Case Number: 2:25-cv-02259-CSK  2:25-at-01039

V.

| Brooke L. Rollins et al |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Randall M. Weiner__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: __the Plaintiffs (Charlene Tobin, Carl Mrozek, and Craig Downer)__

On __03/31/1994__ (date), I was admitted to practice and presently in good standing in the __US District Court District of Colorado__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have  [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
(N/A)

Date: __08/11/2025__    Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Randall M. Weiner |
| Law Firm Name: | Weiner & Cording |
| Address: | 3100 Arapahoe, Suite 202 |
| City: | Boulder      State: CO      Zip: 80303 |
| Phone Number w/Area Code: | (303) 440-3321 |
| City and State of Residence: | Boulder, CO |
| Primary E-mail Address: | randall@weinercording.com |
| Secondary E-mail Address: | annmarie@weinercording.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sarah C. Perez |
| Law Firm Name: | Legacy Compass Law |
| Address: | 455 Market St., Suite 1940 |
| | PMB 608381 |
| City: | San Francisco      State: CA      Zip: 94105-2448 |
| Phone Number w/Area Code: | (415) 570-9455      Bar # 282917 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/12/2025

*[signature]*

JUDGE, U.S. DISTRICT COURT



# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Randall M. Weiner

Admission date: 3/31/1994

was admitted to practice in this court
and is in good standing.

Dated: July 23, 2025