ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
JACOB JOSE
Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 341-1749/Fax: (202) 305-0506
jacob.jose@usdoj.gov

ERIC GRANT
United States Attorney
EDWARD A. OLSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
Edward.olsen@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CHARLENE TOBIN, CARL MROZEK, and CRAIG DOWNER,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as the U.S. Secretary of Agriculture, et al.,<br><br>Defendants. | No. 2:25-cv-02259-CSK<br><br>**STIPULATION TO A BRIEFING SCHEDULE; AND** [PROPOSED] **MODIFIED ORDER** |

Plaintiffs challenge a decision by the Bureau of Land Management and the United States Forest Service to remove wild horses migrating outside of the Montgomery Pass Wild Horse Territory this Fall.

Plaintiffs, by and through their counsel of record, and Defendants, by and through their counsel of record, hereby stipulate to the following briefing schedule on cross-motions for summary judgment to resolve the merits of the above-entitled action:

| | |
|---|---|
| Defendants' Production of Administrative Record: | August 29, 2025 |
| Plaintiffs' Motion for Summary Judgment: | September 4, 2025 |
| Defendants' Opposition/Cross-Motion for Summary Judgment: | September 18, 2025 |
| Plaintiffs' Reply/Opposition to Cross-Motion: | September 29, 2025 |
| Defendants' Reply: | October 6, 2025 |

Plaintiffs respectfully request that the Court schedule oral argument/hearing on the Motion(s) for Summary Judgment during the first half of October, should the Court determine that such argument would assist it.

Defendants have committed to not conducting the initial gather of wild horses any earlier than October 20, 2025.

Defendants will provide Plaintiffs, and the Court, with two weeks advance notice before conducting the initial gather to give Plaintiffs time to move the Court for a preliminary injunction/temporary restraining order.

Dated: August 29, 2025

By: */s/ Randall M. Weiner*
Randall M. Weiner (CO Bar # 23871)
Weiner & Cording
3100 Arapahoe Avenue, Suite 202
Boulder, CO 80303
Telephone: (303) 440-3321
randall@randallweiner.com
*Pro Hac Vice*

Sarah Perez (CA Bar # 21078)

STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] MODIFIED ORDER
*Tobin v. Rollins*, No. 2: 25-cv-02259-CSK

|   |   |
|---|---|
|   | Legacy Compass Law |
|   | 455 Market Street, Suite 1940, PMB 608381 |
|   | San Francisco, California 94105-2448 |
|   | (415) 570-9455 |
|   | Sarah@legacycompasslaw.com |
|   |   |
|   | Attorney for Plaintiffs |

Dated: August 28, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

By: /s/Jacob Jose
JACOB JOSE (Co Bar No. 59582)
Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

ERIC GRANT
United States Attorney
EDWARD A. OLSEN
Assistant United States Attorney

Attorneys for Defendants

Based on the parties' stipulation and good cause appearing, the Court HEREBY adopts the stipulated briefing schedule as proposed by the parties with the following modifications. The hearing on the parties' cross motions for summary judgment will be set for October 17, 2025 at 10:00 a.m. in Courtroom 25 (CSK) before Magistrate Judge Chi Soo Kim. This hearing date is SPECIALLY SET and is not occurring on Judge Kim's regular civil law and motion calendar. The October 7, 2025 and October 14, 2025 civil law and motion dates are currently not available due to the Court's trial calendar.

IT IS SO ORDERED.

Dated: September 3, 2025

_____
Honorable Chi Soo Kim
United States Magistrate Judge
Eastern District of California

4, tobi2259.25

STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] MODIFIED ORDER
*Tobin v. Rollins*, No. 2: 25-cv-02259-CSK

3