**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| CHARLENE TOBIN, CARL MROZEK, and CRAIG DOWNER, | No. 2:25-cv-02259-CSK |
| Plaintiffs, | **[PROPOSED] MODIFIED ORDER TO LIFT THE STAY AND MODIFY BRIEFING SCHEDULE** |
| v. | |
| BROOKE L. ROLLINS, in her official capacity as the U.S. Secretary of Agriculture, et al., | |
| Defendants. | |

**[PROPOSED] MODIFIED ORDER**

WHEREFORE, this matter came before the Court on Federal Defendants November 20, 2025, motion to lift the stay and modify the briefing schedule, the Court hereby GRANTS this motion (ECF No. 25) and orders to lift the stay of the case. Further, the Court orders Federal Defendants to file their reply brief no later than December 12, 2025.

P̶R̶O̶P̶O̶S̶E̶D̶ MODIFIED ORDER

1

Pursuant to the parties' and the Court's availability, the hearing on the parties' pending motions (ECF Nos. 13, 14) will be scheduled for January 20, 2026 at 10:00 a.m. in Courtroom 25 (CSK) before Magistrate Judge Chi Soo Kim.

Federal Defendants also submit "that the gather challenged in this matter has been postponed and will no longer go forward before summer of 2026." *See* ECF No. 25 at 2 ¶ 5.

IT IS SO ORDERED

Dated: November 24, 2025

*/s/ Chi Soo Kim*
Honorable Chi Soo Kim
United States Magistrate Judge
Eastern District of California

4, tobi2259.25

P~~ROPOSED~~ MODIFIED ORDER

2